■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ARLEN M. MORALES, Appellant.— Permission to prosecute appeal as a poor person granted. Appeal may be perfected upon one typewritten copy of the record and five typewritten copies of the brief. J. Byron O'Connell, Esq., 66 Margaret St., Plattsburgh, N. Y., is hereby appointed counsel.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BURTON GRAHAM, Appellant.— Permission to prosecute appeal as a poor person granted. Appeal may be perfected upon one typewritten copy of the record and five typewritten copies of the brief. J. R. Hoover and William A. Danaher, Esqs., 216 William St., Elmira, N. Y., are hereby assigned as counsel.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE W. RICE, Appellant.— Permission to prosecute appeal as a poor person granted. Appeal may be perfected upon one typewritten copy of the record and five typewritten copies of the brief. J. R. Hoover, Esq., 216 William St., Elmira, N. Y., is hereby assigned as counsel.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK ROMERO, HAROLD KONIGSBERG and JOHN EDGAR FINLAY, Appellants.— Motion for an order removing the trial of the indictment from the County Court of Sullivan County to a term of the Supreme Court in another County denied.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANDRE COLLIN, Appellant.— Thomas R. Quinn, Esq., 85 Margaret St., Plattsburgh, N. Y., is hereby assigned as counsel.

■ HARRY MASSON, Appellant, v. IRWIN P. SACKS, Respondent.— Application by motion to set aside and annul an order, Special Term, Sullivan County, granting summary judgment dismissed.

■ In the Matter of the Claim of JAMES B. INNES, Respondent, v. WALSH, CONNOLLY, SENIOR & PALMER, INC., et al., Appellants.— Motion to allow the Globe Indemnity Insurance Company to file a brief amicus curiæ granted.

■ In the Matter of MELVIN G. HAZARD, Respondent, v. BOARD OF EDUCATION, HORSEHEADS CENTRAL SCHOOL DISTRICT No. 1, HORSEHEADS, Appellant.— Motion to allow the New York State Teachers Association to file a brief amicus curiæ granted.

■ In the Matter of BERTHA M. BILLERA, Appellant, v. SOLOMON E. SENIOR, as Chairman of the State of New York Workmen's Compensation Board, et al., Respondents.— Application for an order of judicial review pursuant to section 23 of the Workmen's Compensation Law, directing the Chairman of the Workmen's Compensation Board and the Travelers Insurance Company to review and annul the determination of said Chairman denied.

■ EDITH POSNER, Respondent, et al., Plaintiff, v. NEW YORK MUTUAL UNDERWRITERS, Appellant, et al., Defendants. SAM ROSEN, Respondent, v. NEW YORK MUTUAL UNDERWRITERS, Appellant, et al., Defendants.— Motion for an order granting leave to respondents to supplement the record on appeal denied.

■ MELVIN G. HAZARD, Respondent, v. BOARD OF EDUCATION, HORSEHEADS CENTRAL SCHOOL DISTRICT No. 1, HORSEHEADS, Appellant.— Motion to allow the New York State School Boards Association, Inc., to file a brief amicus curiæ granted.

■ RONALD CARR, Appellant, v. STATE OF NEW YORK, Respondent.— Motion to amend the remittitur herein to show that this court necessarily passed upon a Federal constitutional question denied.